**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MAYA SPIELMAN,

     Plaintiff,                           Case No.: 1:26-cv-04966

v.                                    Judge Jorge L. Alonso

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Gabriel A. Fuentes
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**
**AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment

against the Defendants Identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

DATED: June 4, 2026                   Respectfully submitted,

                                  */s/ Keith A. Vogt*
                                  Keith A. Vogt
                                  FL Bar No. 1036084 / IL Bar No. 6207971
                                  Keith A. Vogt PLLC
                                  1820 NE 163rd Street, Suite #306
                                  North Miami Beach, Florida 33162
                                  Telephone: 312-971-6752
                                  Email: keith@vogtip.com

                                  ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

<u>/s/ *Keith A. Vogt*</u>
Keith A. Vogt, Esq.