**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAYA SPIELMAN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-04966

Judge Jorge L. Alonso

Magistrate Judge Gabriel A. Fuentes

**<u>DECLARATION OF MAYA SPIELMAN</u>**

I, MAYA SPIELMAN, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    I am the artist that created the Maya Spielman Work. I make this declaration from matters within my knowledge save where otherwise stated.

3.    I am a painter. I create realistic portraits, focusing on the beauty of the human face and body. I started painting at the age of six. Painting is a gift I inherited from my mother. I painted all throughout my childhood but began seriously working on my art when I was 21. I took classes at various colleges, focusing on drawing and figure painting. I received my first professional commission at the age of 23 and have been painting professionally ever since. My art has been seen on television and has been used in raising money for charity. Currently I am working on a new series for a gallery show which focuses on the expression of a beautiful women against an abstract background.

1

4.      I am the official source of products associated with the Maya Spielman Work (the "Maya Spielman Products"):



https://www.facebook.com/photo?fbid=2026532477361402&set=a.413676551980344

5.      I am the owner of the copyright registration for the Maya Spielman copyrighted work, which is protected by United States Copyright Registration No. VA 2-405-412 (the "Maya Spielman Work").

6.      The success of the Maya Spielman Work has resulted in significant infringement of my copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms,

including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Maya Spielman Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Maya Spielman Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Maya Spielman Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Maya Spielman Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyright for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Maya Spielman Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Maya Spielman copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Maya Spielman Work and derivative works.

10.     I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Maya Spielman Work are meant to be exclusive rights.

11.     The marketing and distribution of the Maya Spielman Work and derivative works are aimed at growing and sustaining sales. When infringers use the Maya Spielman Work without authorization, the exclusivity associated with the Maya Spielman Work, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12.     Uncontrolled profiteering and pirating of the Maya Spielman Work create the impression that the copyright rights associated with the Maya Spielman Work may be infringed with impunity. The Maya Spielman Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Maya Spielman Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Maya Spielman Work cannot be compensated for financially since it erodes my ability to monetize the Maya Spielman Work.

13.     I will suffer immediate and irreparable injury, loss, or damage if permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026.

*Maya Spielman*
_____
Maya Spielman

4