**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Maya Spielman

                            Plaintiff,

v.
                                   Case No.:
                                   1:26–cv–04966
                                   Honorable Jorge L.
                                   Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso:Plaintiff's motion for extension of time to file renewed motion for default judgment [25] is granted to 7/14/2026. The 6/25/2026 motion hearing is stricken.Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.