**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAYA SPIELMAN,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04966

Judge Jorge L. Alonso

Magistrate Judge Gabriel A. Fuentes

**PLAINTIFF'S STATUS REPORT**

Pursuant to Minute Entry Order [27], Plaintiff, MAYA SPIELMAN ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On June 8, 2026, this Court entered Minute Entry Order [24] directing Plaintiff to file a renewed motion for default judgment, addressing the applicability of the Hague Convention as discussed in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th. Cir. May 29, 2026), by July 14, 2026. Plaintiff's investigation of the Defendants' addresses is underway; however, Plaintiff is waiting for further information from her investigators in China. This information is necessary to fully respond to the Court's inquiry in the forthcoming motion for default judgment. As such, Plaintiff requires additional time to receive this information and then complete her analysis. Plaintiff therefore requests that the Court grant Plaintiff an additional thirty (30) days to file her renewed motion, until August 13, 2026.

DATED: July 14, 2026            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>/s/ *Keith A. Vogt*</u>
Keith A. Vogt, Esq.

3