**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MAYA SPIELMAN,

       Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

       Defendants.

Case No.: 1:26-cv-04966

Judge Jorge L. Alonso

Magistrate Judge Gabriel A. Fuentes

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE**
**RENEWED MOTION FOR DEFAULT JUDGMENT**

Plaintiff, MAYA SPIELMAN ("Plaintiff"), respectfully moves this Court for an extension of time, until September 3, 2026, to file the renewed motion for default judgment required by this Court's Order [24], and as extended by Orders [24] and [29].

On June 8, 2026, this Court entered an Order [24] denying Plaintiff's motion for entry of default and default judgment without prejudice, with leave to file a renewed motion which addresses the applicability of the Hague Service Convention as discussed in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, No. 25−2205,2026 WL 1502198 (7th Cir. May 29, 2026). The Court has granted Plaintiff's prior requests for extensions and the current deadline to file the renewed motion is August 13, 2026. See [27], [29]. Plaintiff respectfully requests an additional 21 days to file the renewed motion, up to and including September 3, 2026, as Plaintiff is waiting for further information regarding the Defendants' addresses to ensure that the analysis remains consistent with the most recent cases. This information is necessary to fully respond to the Court's inquiry in the memorandum in support of Plainitff's renewed motion.

Rule 6(b)(1)(A) once again permits the Court to extend a deadline for good cause on a motion made before the original time expires. Good cause exists here. The renewed motion and memorandum in support turn in significant part on the results from Plaintiff's investigators, located in China, and their efforts researching Defendants' addresses. Plaintiff expects to obtain that information shortly and will need additional time to review and analyze the investigators' findings. The 21-day extension is narrowly tailored to the time required to complete that work. No Defendant has appeared, and no party will be prejudiced by the requested extension.

For the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order extending the deadline to file the renewed motion required by this Court's Order [24] up to and including September 3, 2026.

DATED: August 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.

3