## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MAYA SPIELMAN,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
"A",

      Defendants.

Case No.: 1:26-cv-04966

Judge Jorge L. Alonso

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, August 18, 2026, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Judge Jorge L. Alonso of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Extension of Time to File a Renewed Motion for Default Judgment.

DATED: August 13, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***