## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Maya Spielman

                               Plaintiff,

v.

                                 Case No.:
                                 1:26–cv–04966

                                 Honorable Jorge L.
                                 Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court grants Plaintiff's motion for extension of time to file motion for entry of default and default judgment [30]. Plaintiff shall file its motions by 9/3/26. The 8/18/26 motion hearing is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.