# EXHIBIT A

## EXHIBIT A: PER-DEFENDANT FACTUAL BASIS FOR HAGUE SERVICE NOT BEING VIABLE

This exhibit sets forth, defendant by defendant, the factual basis for the conclusion that service under the Hague Service Convention is not viable. It covers the twenty-six Defendants identified in Appendix 1 to Plaintiff's Renewed Motion.

The Hague Service Convention does not apply when "the address of the person to be served with the document is not known," and it requires a request conforming to the prescribed model form that identifies the addressee and the address at which service is to be attempted. Hague Service Convention, Arts. 1, 3. In China, the Central Authority forwards a compliant request to the appropriate local court, which attempts service under Chinese law; the process is not designed to investigate a defendant's identity, select among conflicting addresses, or determine which of several similarly named entities is the intended recipient. Nor does an address become valid for service merely because it appears in an online listing, registration record, or other unverified source: just as a person's claim to reside at the White House would not make that location a viable address for serving him, an address associated with a Defendant on paper does not establish that the Defendant actually occupies or can be located there. Plaintiff therefore undertook reasonable, Defendant-specific investigation to verify both the identity of each intended recipient and the location at which service could practicably be effected. Where the available information was conflicting or inconclusive—or where physical inspection and official market-regulator records indicated that the Defendant could not be found at the purported address—Plaintiff could not responsibly submit that address as a known and reliable location for service, because doing so would likely result in an unsuccessful service attempt, the eventual return of the documents unexecuted, and substantial additional delay.

**<u>Category 1: Entity Identity Ambiguity</u>**

**Defendant 2: taiyuanshixintaijiajiancaiyouxiangongsi**

**Disclosed address:** 小店区小店滨河收费站南 100 米处钢结构厂房 2 号, 太原市, 山西, 030000 (Steel-Structure Workshop No. 2, 100 meters south of the Xiaodian Binhe Toll Station, Xiaodian District, Taiyuan City, Shanxi Province 030000)

The Amazon platform record discloses two distinct identifiers for this Defendant: a storefront name, taiyuanshixintaijiajiancaiyouxiangongsi, and a separately disclosed business name, xianningshinihongshangmaoyouxiangongsi. Plaintiff searched Tianyancha using the disclosed business name (converted to 咸宁市霓虹商贸有限公司, Xianning Nihong Trading Co., Ltd.) and obtained one result, registered at 湖北省咸宁市崇阳县天城镇碧田社区山水天城 8 号楼 104 号商铺（自主申报） (Shop No. 104, Building 8, Shanshui Tiancheng, Bitian Community, Tiancheng Town, Chongyang County, Xianning City, Hubei Province (self-declared)), an address in Hubei Province, several hundred kilometers from the address disclosed on the platform record.

Plaintiff separately searched Tianyancha using the storefront name (converted to 太原市鑫泰建材有限公司, Taiyuan Xintai Building Materials Co., Ltd.) and obtained a match to a different entity, registered at 太原市小店区小店滨河收费站南 100 米处钢结构厂房 2 号 (Steel-Structure Workshop No. 2, 100 meters south of the Xiaodian Binhe Toll Station, Xiaodian District, Taiyuan City), an exact match to the platform-disclosed address, in Shanxi Province.

These are two distinct legal entities in two different provinces, and the platform record itself does not indicate which is the true Defendant: the storefront name and the disclosed business name resolve to different companies. A Convention request must name the addressee and give the address at which service is to be attempted, and the Chinese Central Authority serves at the address supplied; it does not investigate which of two distinct companies is the intended recipient. Because

Plaintiff cannot in good faith determine which entity is the proper Defendant, Hague service is not viable for Defendant 2.

**Category 2: Direct Conflict Between the Disclosed Address and the Registered Address**

**Defendant 3: liupanshuishidingshengshangmaoyouxiangongsi (六盘水市鼎盛商贸有限公司, Liupanshui Dingsheng Trading Co., Ltd.)**

**Disclosed address:** 水城区蟠龙镇蟠龙社区四组, 六盘水市, 贵州, 553000 (Group 4, Panlong Community, Panlong Town, Shuicheng District, Liupanshui City, Guizhou Province 553000)

Plaintiff searched Tianyancha using the disclosed business name 六盘水市鼎盛商贸有限公司. The search returned twenty results. The first result, 六盘水鼎盛商贸有限公司 (Liupanshui Dingsheng Trading Co., Ltd.), is registered at 贵州省六盘水市钟山区龙井路 6 号 108 室 1 层 108 号 (No. 108, 1st Floor, Room 108, No. 6 Longjing Road, Zhongshan District, Liupanshui City, Guizhou Province), which lies in a different administrative district (钟山区, Zhongshan District) from the disclosed address (水城区, Shuicheng District), and its registration status is 吊销 (revoked). The second result is a branch office. Eighteen of the twenty results were not individually reviewed.

The disclosed address is in any event a village-group designation with no building number, no street name, and no unit identifier. In rural China a 组 (group) may encompass dozens of households.

Plaintiff therefore faces a direct conflict: the disclosed address lies in 水城区, while the only reviewed result matching the searched name is registered in 钟山区 and is revoked. The request must designate the address at which service is to be attempted, and the Central Authority will attempt service only at the address supplied. Plaintiff cannot in good faith choose between

them, because either choice may be wrong and the Central Authority will neither investigate nor offer an alternative.

**Defendant 12: shanxidongjungangjiegougongchengyouxiangongsi (山西东骏钢结构工程有限公司, Shanxi Dongjun Steel Structure Engineering Co., Ltd.)**

**Disclosed address:** 城区东街街道新市东街 621 号公交公司家属楼 211 室, 晋城市, 山西, 048000 (Room 211, Bus Company Staff Residential Building, No. 621 Xinshi East Street, Dongjie Subdistrict, Chengqu District, Jincheng City, Shanxi Province 048000)

Plaintiff searched Tianyancha using the disclosed business name 山西东骏钢结构工程有限公司. The search returned thirteen results. The first result, 山西东骏建筑工程有限公司 (Shanxi Dongjun Construction Engineering Co., Ltd.), is registered at 山西省忻州市保德县东关镇交警队集资楼西侧 (west side of the Traffic Police Brigade staff building, Dongguan Town, Baode County, Xinzhou City, Shanxi Province), in a different prefecture-level city approximately three hundred kilometers from 晋城市 (Jincheng City), and its name omits the 钢结构 (steel structure) element of the disclosed name. The second result was unrelated. Neither matched the disclosed address. Eleven of the thirteen results were not individually reviewed.

The disclosed address lies in 晋城市城区 (Chengqu District, Jincheng City); the only registry entity with a similar name is registered in 忻州市保德县 (Baode County, Xinzhou City). Plaintiff cannot in good faith select between two addresses hundreds of kilometers apart, and submitting either risks an unexecuted, returned request.

**Defendant 19: 合肥塔芦思商贸有限公司 (Hefei Talusi Trading Co., Ltd.)**

**Disclosed address:** 蜀山区桃花社区 6 栋, 合肥市, 蜀山区, 安徽省, 230031 (Building 6, Taohua Community, Shushan District, Hefei City, Anhui Province 230031)

Plaintiff searched Tianyancha using the disclosed business name 合肥塔芦思商贸有限公司. The search returned one exact match. The registered address, however, is 安徽省合肥市包河

区马鞍山南路 399 号力高柏林春天 9 栋 302 室 (Room 302, Building 9, Ligao Bolin Chuntian, No. 399 Ma'anshan South Road, Baohe District, Hefei City, Anhui Province), in Baohe District, while the disclosed address is 蜀山区桃花社区 6 栋, in Shushan District. The registry further records the entity's status as 吊销，未注销 (license revoked, not deregistered), which indicates the registrant may no longer operate at either location.

The disclosed address is independently deficient: it supplies a community name and a building number but no road, unit, or room. Plaintiff therefore faces an irreconcilable conflict between two addresses in two districts, compounded by a revoked status suggesting the Defendant is at neither.

**Defendant 22: NanChangDuiJinFuWeiWangLuoKeJiYouXianGongSi**

**Disclosed address:** 荔园东路 1688 号正荣财富中心 G 座 2719, 莆田市, 荔城区, 福建省, 351100 (Unit 2719, Block G, Zhengrong Wealth Center, No. 1688 Liyuan East Road, Licheng District, Putian City, Fujian Province 351100)

Plaintiff searched Tianyancha using the disclosed business name (converted to 南昌兑金福维网络科技有限公司, Nanchang Duijin Fuwei Network Technology Co., Ltd.). The search returned one result, 南昌兑金伏位网络科技有限公司 (Nanchang Duijin Fuwei Network Technology Co., Ltd., written with different characters), a name that closely, but not exactly, matches the disclosed name (伏位 for 福维), registered at 江西省南昌市青山湖区高新产业园区胡家村农民公寓南区 5 栋 1 单元 601 室 (Room 601, Unit 1, Building 5, South Zone, Hujiacun Farmers' Apartments, High-Tech Industrial Park, Qingshanhu District, Nanchang City, Jiangxi Province), in Nanchang, Jiangxi Province, several hundred kilometers from the disclosed Putian, Fujian address.

Plaintiff faces a direct conflict between the disclosed address, in Fujian, and the only closely-matching registry entity, in Jiangxi. The request must designate the address at which service is to be attempted, and the near-match on name does not resolve which location, if either, is the Defendant's. Plaintiff cannot in good faith choose between them.

**Category 3: Registered Address Verified by Site Inspection to Be Occupied by an Unrelated Business**

**Defendant 1: zhengguodianzishangewudian**

**Disclosed address:** 同安区洪塘路 130 号 214 室, 厦门市, 福建, 361100 (Room 214, No. 130 Hongtang Road, Tong'an District, Xiamen City, Fujian Province 361100)

Plaintiff searched Tianyancha using the disclosed storefront name, zhengguodianzishangewudian; that search returned no matching entity. Plaintiff separately searched using the disclosed business name, xiamenshirunyuweidianzishangwudian (converted to 厦门市润芋薇电子商务店, Xiamen Runyuwei E-Commerce Shop), which returned one result, a sole proprietorship registered at 厦门市同安区洪塘路 130 号 214 室, matching the disclosed address exactly.

On inspection, however, No. 130 洪塘路 (Hongtang Road) is a hotel, 假日阳光(厦门同安宝龙广场店) (the Holiday Sunshine Hotel, Tong'an Baolong Plaza branch). Plaintiff obtained a photograph of the premises confirming that the location operates as this hotel, not as any electronics or e-commerce business.




*Tianyancha / mapping result identifying No. 130 洪塘路 as a hotel property.*




*Photograph of the premises at 洪塘路 130 号: 假日阳光酒店 (Holiday Sunshine Hotel).*

Because the registered address, though matching on paper, is verified by direct inspection to be occupied by an unrelated hotel and not by the Defendant, Plaintiff cannot in good faith rely on it to reach the Defendant.

**Defendant 18: ruiyangkejiArt (惠州市瑞阳科技有限公司, Huizhou Ruiyang Technology Co., Ltd.)**

**Disclosed address:** 博罗县罗阳街道新城三路 243 号, 惠州市, 广东, 516100 (No. 243 Xincheng 3rd Road, Luoyang Subdistrict, Boluo County, Huizhou City, Guangdong Province 516100)




*Tianyancha search results (10) for the disclosed business name; none matches the disclosed address.*

Plaintiff searched Tianyancha using the disclosed business name, 惠州市瑞阳科技有限公司. The search returned ten results, none of which matched the disclosed address. Amap and Baidu Maps likewise could not resolve the disclosed address to any premises connected to that name. The closest geolocation match for 新城三路 243 号 belongs to a different company entirely, 惠州市铭鹏工程项目管理有限公司 (Huizhou Mingpeng Engineering Project Management Co., Ltd.), which Tianyancha confirms is registered at that exact address.




*Registry record confirming 惠州市铭鹏工程项目管理有限公司 registered at 博罗县罗阳街道新城三路 243 号.*

Plaintiff obtained photographs of the premises confirming that the office space at that address is occupied by 惠州市铭鹏工程项目管理有限公司 (Huizhou Mingpeng Engineering Project Management Co., Ltd.), 统一社会信用代码 (Unified Social Credit Code) 91441322MACJ90D593.




*Site photograph, 新城三路 243 号: office of 惠州市铭鹏工程项目管理有限公司.*




*Site photograph, 新城三路 243 号 (additional view).*

The disclosed address has nothing to do with 惠州市瑞阳科技有限公司. Because the registered occupant of the disclosed address is a verified, unrelated company, Plaintiff has no known address at which this Defendant can be served.

**Category 4: Registered Address Independently Listed as Unreachable in Official PRC Market-Regulator Records**

**Defendant 13: guizhoufubojiaoyuzixunyouxiangongsi (贵州傅博教育咨询有限公司, Guizhou Fubo Education Consulting Co., Ltd.)**

**Disclosed address:** 盘州市亦资街道竹海西路宏财商业广场 11 楼, 六盘水市, 贵州, 553000 (Floor 11, Hongcai Commercial Plaza, Zhuhai West Road, Yizi Subdistrict, Panzhou City, Liupanshui City, Guizhou Province 553000)

Plaintiff searched Tianyancha using the disclosed business name. The search returned two results, one of which is an exact match: 贵州傅博教育咨询有限公司 (统一社会信用代码 91520222MA6HU0AHXW), registered at 贵州省六盘水市盘州市亦资街道竹海西路宏财商业广场 11 楼, matching the disclosed address character-for-character, status 存续 (active).




*Tianyancha record of the government's 双随机抽查 (dual-random spot-check) inspection of 贵州傅博教育咨询有限公司.*

Although the address matches on paper, it is deceptively specific. 宏财商业广场 (Hongcai Commercial Plaza) is a multi-building complex (Building 1, Building 2, and others, per Amap); the disclosed "11 楼" is ambiguous as between the 11th floor of a particular building and "Building 11," and no unit or room number is given in either reading. No telephone number for the registrant appears in either of Plaintiff's two independent registry passes.

PRC market-regulator records further show that this entity has been the subject of at least two 双随机抽查 (dual-random spot-check) inspections by the 盘州市市场监督管理局 (Panzhou Municipal Market Supervision Administration), one completed October 11, 2021, and one completed November 30, 2025. Counsel directly reviewed the inspection detail for this entity on tianyancha.com on August 13, 2026, which records the result 通过登记的住所无法联系 ("unable to make contact through the registered domicile") for both the annual-report-disclosure check (年度报告公示信息的检查) and the real-time-disclosure check (即时公示信息的检查). That is the PRC government's own regulator, independent of Plaintiff's investigation, confirming that the

registered address, though it matches on paper, could not be used to reach this Defendant when the government itself attempted to do so.

Because the address lacks the building- and unit-level detail that execution of service requires, and because China's own market regulator has independently and repeatedly recorded that address as unreachable, Plaintiff cannot in good faith submit it as a known and reliably serviceable address.

**Defendant 23: 东机电子店 (Dongji Electronics Shop) (东莞市灵纳电子商务有限公司, Dongguan Lingna E-Commerce Co., Ltd.)**

**Disclosed address:** 万江街道汾溪路 51 号 402 室, 东莞市, 广东省, 523039 (Room 402, No. 51 Fenxi Road, Wanjiang Subdistrict, Dongguan City, Guangdong Province 523039)

Plaintiff searched Tianyancha using the disclosed business name. The search returned one result, 东莞市凌娜电子商务有限公司 (Dongguan Lingna E-Commerce Co., Ltd., written with different characters), a name closely resembling, but not identical to, the disclosed name (凌娜 for 灵纳).




*经营异常 (abnormal-operation) listing for 东莞市凌娜电子商务有限公司.*

PRC market-regulator records show this entity was placed on the 经营异常名录 (abnormal-operation registry) for the express reason 通过登记的住所或者经营场所无法联系的 ("unable to make contact through the registered domicile or business premises"), listed April 22, 2026 by the 东莞市市场监督管理局万江分局 (Dongguan Wanjiang Branch of the Market Supervision Administration). This is an official government finding, independent of Plaintiff's own investigation, that the registered address cannot be used to reach the registrant.

Because China's own market regulator has listed this entity as unreachable at its registered address, and because the registry match itself is to a closely, but not exactly, corresponding name, Plaintiff cannot in good faith rely on this address to reach the Defendant.

**Category 5: Registered Address Is Virtual, a Shared Workstation, or Otherwise Lacks the Detail Needed to Permit Service**

**Defendant 25: bofangyike**

**Disclosed address:** 合和路 1 号双子楼(科创大厦)东楼 17 楼 1701 室-10015 工位, 郧西县城关镇, 十堰市, 湖北省, 442699 (Workstation 10015, Room 1701, Floor 17, East Tower, Twin Towers (Kechuang Building), No. 1 Hehe Road, Chengguan Town, Yunxi County, Shiyan City, Hubei Province 442699)

Plaintiff searched Tianyancha using the disclosed business name (converted to 郧西县博金商贸有限公司, Yunxi Bojin Trading Co., Ltd.). The search returned 1,370 results. The two most similar are 郧西县拨锦商贸有限公司 (Yunxi Bojin Trading Co., Ltd., first character variant) (统一社会信用代码 91420322MAEP578A4L), registered at the disclosed address including the "-10015 工位" designation, and 郧西县玻锦商贸有限公司 (Yunxi Bojin Trading Co., Ltd., second character variant) (统一社会信用代码 91420322MAEQ9WN76G), registered at a different workstation, "-10796 工位," in the same building. Both names are close phonetic variants of the disclosed name, and neither is an exact character match.




*Tianyancha results showing two similarly-named entities registered at neighboring workstations in the same building.*

Beyond that identity ambiguity, the disclosed address terminates in a workstation designation within a shared-office incubator (科创大厦 (Kechuang Building)). This is a cluster-registration address that PRC policy permits for business registration but that need not be physically occupied by the registrant; mail sent to such an address is typically handled by the building operator rather than the registrant. Given both the near-duplicate registrations and the virtual character of the address itself, Plaintiff has no basis to believe service to this address will reach the Defendant.

**Defendant 27: HYS Decor local**
**Disclosed address:** Attachment No. OL-01-202312059, No. 1, 3rd Floor, Building 1, No. 366, North Section of Hupan Road, Xinglong Street, Tianfu New District, Chengdu City, China (Sichuan) Pilot Free Trade Zone, 610213, Sichuan Province, China

Plaintiff searched Tianyancha using the disclosed business name and obtained one match, 成都缔蓝羽电子商务有限公司 (Chengdu Dilanyu E-Commerce Co., Ltd.) (统一社会信用代码 91510100MAD9YCDD62). The disclosed address, however, is a free-trade-zone cluster-registration address carrying an attachment number (OL-01-202312059), a format that denotes a hosted registration address administered by a registration agent, not a premises the registrant occupies. Free-trade-zone addresses of this kind are frequently used by shell entities and mail-forwarding services.

Because the registered address is a hosted, virtual free-trade-zone address with no indication any person occupies it, submitting it on a Convention request would most likely result in service upon no one connected to the Defendant.

**Defendant 28: Jack Z**

**Disclosed address:** Building 5, Yuhu Zhengrongjun, No. 655, Lilan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province, 351100

Plaintiff searched Tianyancha using the disclosed business name (converted to 莆田市荔城区拱辰街道林秋平服装经营部, Lin Qiuping Apparel Business Department, Gongchen Subdistrict, Licheng District, Putian City) and obtained one match, 莆田市荔城区拱辰街道林秋萍服装经营部 (Lin Qiuping Apparel Business Department, Gongchen Subdistrict, Licheng District, Putian City, written with a different character in the proprietor's given name), a name closely resembling, but not identical to, the disclosed name (秋萍 for 秋平), registered at 福建省莆田市荔城区拱辰街道荔兰中路 655 号玉湖正荣郡 5 号楼 (Building 5, Yuhu Zhengrongjun, No. 655 Lilan Middle Road, Gongchen Subdistrict, Licheng District, Putian City, Fujian Province).

The disclosed address identifies a specific building (Building 5) within a residential complex, but discloses no unit or room number. Building 5 is a mixed commercial-residential structure in which public records show numerous individually-registered proprietorships and small businesses operating, spanning apparel retail, e-commerce, grocery, and trading. Plaintiff obtained photographs of the building.




*Building 5, Yuhu Zhengrongjun (site photograph).*



*Building 5, Yuhu Zhengrongjun (additional view).*

Without a unit or room number distinguishing the Defendant from the many other businesses registered in the same building, and given the near-variant name match, Plaintiff cannot designate this address as the location at which the Defendant can be found and served.

**Category 6: No Matching Registry Entity; the Disclosed Address Is Unverified**

**Defendant 5: luonanyangtengfeizhuangshigongchengyouxiangongsi**

**Disclosed address:** 洛南县城关街道西寺社区河淀南路 76 号地税局家属院一号楼五单元 102 室, 商洛市, 陕西, 726100 (Room 102, Unit 5, Building 1, Local Tax Bureau Staff Compound, No. 76 Hedian South Road, Xisi Community, Chengguan Subdistrict, Luonan County, Shangluo City, Shaanxi Province 726100)

Plaintiff searched Tianyancha using the disclosed business name. The search returned one result, 商洛盛世辉腾建筑装饰有限公司 (Shangluo Shengshi Huiteng Architectural Decoration Co., Ltd.), which does not correspond to the searched name. The search therefore produced no responsive match to the disclosed business name.

The disclosed address is detailed, supplying a road name, building number, compound, building, unit, and apartment. Without registry confirmation, however, Plaintiff cannot determine whether this is the Defendant's registered address, a former residence, or an unrelated third party's address. Submitting an unverified residential address risks service upon the wrong party or return for non-occupancy.

**Defendant 14: xianyoujianhuastore**

**Disclosed address:** 龙华镇龙西林村山仔 55-1 号, 仙游县, 福建省, 351264 (No. 55-1 Shanzai, Longxilin Village, Longhua Town, Xianyou County, Fujian Province 351264)

Plaintiff searched Tianyancha using the disclosed business name. The search returned zero matches.

The disclosed address contains a village name, a local place name, and a number that in a rural context may denote a household rather than registered business premises. Without registry verification, Plaintiff cannot confirm that this rural household address is the Defendant's registered place of business.

**Defendant 16: jiandexinsijijianzhufuwuyouxiangongsi**

**Disclosed address:** 泉江镇东门村背, 遂川县, 吉安市, 江西, 343900 (Dongmen Cunbei, Quanjiang Town, Suichuan County, Ji'an City, Jiangxi Province 343900)

Plaintiff searched Tianyancha using the disclosed business name. The search returned zero matches.

The disclosed address is "泉江镇东门村背." 村背 means "the back or rear of the village," a directional description with no road name, building number, or occupant identifier. With no registry match and an address too imprecise to identify a building, Plaintiff has no known address at which the Defendant can be served.

**Defendant 11: jinchengshiyunpengchehangyouxiangongsi**

**Disclosed address:** 城区西环路长河机动车检测线东 4 号, 晋城市, 山西, 048000 (No. 4, east of the Changhe Motor Vehicle Inspection and Testing Line, West Ring Road, Chengqu District, Jincheng City, Shanxi Province 048000)

Plaintiff searched Tianyancha using the disclosed business name. The search returned zero matches.




*Site photograph near the disclosed address, east of the Changhe Motor Vehicle Inspection and Testing Line (长河机动车检测线).*

The disclosed address is independently imprecise: it locates the premises only by reference to a landmark, as "No. 4 east of the Changhe Motor Vehicle Inspection and Testing Line," supplying a sequence number relative to that landmark rather than a street number, a building number, or a unit number, and no nameplate identifies which structure houses the Defendant.

**Defendant 17: Tsinghua Art Trade**

**Disclosed address:** 福建省仙游县鲤城街道紫檀南街 666 号 2 号楼 103 室, 莆田市, 福建, 351200 (Room 103, Building 2, No. 666 Zitan South Street, Licheng Subdistrict, Xianyou County, Putian City, Fujian Province 351200)

Plaintiff searched Tianyancha using the disclosed business name. The search returned zero matches.




*Mapping result for the disclosed address.*




*Site photograph, 紫檀南街 666 号 2 号楼.*




*Site photograph (additional view); no Room 103 or nameplate identifying the disclosed unit.*

Site photographs Plaintiff obtained show no Room 103 and no nameplate identifying the disclosed unit at the pled building. With no registry match and no site confirmation, Plaintiff has no known address at which the Defendant can be served.

**Defendant 24: huanglixiangYS**

**Disclosed address:** 福建省仙游县榜头镇赤荷社区过溪 165 号, 莆田市, 福建省, 351256 (No. 165 Guoxi, Chihe Community, Bangtou Town, Xianyou County, Putian City, Fujian Province 351256)

Plaintiff searched Tianyancha using the disclosed business name. The search returned zero matches.




*Mapping result for 过溪 165 号; no matching premises located.*




*Site photograph; no premises corresponding to the disclosed address.*

Site photographs Plaintiff obtained show no premises at "过溪 165 号" corresponding to the disclosed address. With no registry match and no site confirmation, Plaintiff has no known address at which the Defendant can be served.

**<u>Category 7: The Address Is Too Imprecise to Permit Execution of Service</u>**

**Defendant 4: hongdongxianchiruixiangqimaoyouxiangongsi**

**Disclosed address:** 洪洞县辛村乡辛北村二级路路东, 临汾市, 山西, 041000 (east side of the secondary road, Xinbei Village, Xincun Township, Hongtong County, Linfen City, Shanxi Province 041000)

Tianyancha returned one exact match, registered at 洪洞县辛村乡辛北村二级路路东, status 存续 (active). The registered address, however, contains no building number, no house number, and no occupant identifier. 二级路路东 means "the east side of the secondary road," in a rural village that description could cover any property along hundreds of meters of roadside.

This address was accepted for registration under China's formal-review standard for rural addresses, but that acceptance does not supply the precision judicial service requires.

**Defendant 7: tianzhenxianruiminliangyoujiagongyouxiangongsi**

**Disclosed address:** 天镇县玉泉镇唐八里村村委会东 200 米处, 大同市, 山西, 037000 (200 meters east of the village committee, Tangbali Village, Yuquan Town, Tianzhen County, Datong City, Shanxi Province 037000)

Tianyancha returned one exact match, status 存续 (active). The registered address places the premises 200 meters east of the village committee. A 200-meter radius from a village landmark covers multiple courtyards, farmyards, and outbuildings, with no house number or nameplate to distinguish them.

The Chinese postal and judicial systems cannot execute service on an address that states only a distance and direction from a village landmark; documents so directed are commonly returned marked 地址不详 (address unclear) or 查无此人 (recipient not found).

**Defendant 8: zezhouxianguangshunnongmuyouxiangongsi**

**Disclosed address:** 泽州县南村镇原家村窑南自然村村西南 3000 米处, 晋城市, 山西, 048000 (3,000 meters southwest of Yaonan Natural Village, Yuanjia Village, Nancun Town, Zezhou County, Jincheng City, Shanxi Province 048000)

Tianyancha returned one exact match, status 存续 (active). The registered address places the premises 3,000 meters southwest of a natural village, the most extreme instance of address imprecision in this case, potentially encompassing farmland, hillside, and unimproved land.

For Convention purposes this address is functionally equivalent to no address at all; the Central Authority cannot execute service upon several square kilometers of countryside.

**Defendant 30: Wall Artist X**

**Disclosed address:** 河南省平顶山市宝丰县杨庄镇春风路与前进路东 50 米路北, 467400 (north side of the road, 50 meters east of the intersection of Chunfeng Road and Qianjin Road, Yangzhuang Town, Baofeng County, Pingdingshan City, Henan Province 467400)

Tianyancha returned one exact match, status 存续 (active), corresponding to the disclosed address (same intersection, same town and county). The registered address nonetheless contains no building number and no occupant identifier, only a position offset from a road intersection, which in a Chinese town may cover multiple storefronts, residences, and vacant lots.

This address was accepted for registration under the tolerance small-town registration practice affords intersection-based descriptions, not the precision judicial service requires. Service will likely be returned as undeliverable.

**Defendant 21: xixinp**

**Disclosed address:** 沂水县许家湖镇珠江路阳光丽景小区 261-7 号, 临沂市, 山东, 276000 (No. 261-7, Yangguang Lijing Residential Complex, Zhujiang Road, Xujiahu Town, Yishui County, Linyi City, Shandong Province 276000)




*Development map showing the multi-building 阳光丽景小区 (Yangguang Lijing Residential Complex) complex.*

Tianyancha returned one exact match, 临沂仟乐汽车服务有限公司 (Linyi Qianle Automobile Services Co., Ltd.), registered at 山东省临沂市沂水县许家湖镇珠江路阳光丽景小区 261-7 号, status 存续 (active). The registered address matches the disclosed address exactly.

The 阳光丽景 complex, however, comprises six residential buildings and 364 units. "261-7 号" does not indicate whether the intended building is Building 2 or Building 26 (which does not exist within the complex), nor does it specify a unit number within either reading. The registered address, though it matches the disclosed address character-for-character, is itself too imprecise to permit execution of service.

**<u>Category 8: No Address Is Disclosed at All</u>**

**Defendant 29: Fat Panda Shop**

**Disclosed address:** China (no full address)

Defendant 29 is the only Defendant in this case for whom neither a business name nor an address was disclosed. The Temu seller record states only "Fat Panda Shop" as the storefront name and "China" as the country. There is no street, no city, no province, and no postal code.

The Convention does not apply where the address of the person to be served is not known, Art. 1, and the Model Form prescribed by Article 3 requires the identity and address of the addressee. Without any address, Plaintiff cannot complete the mandatory address field of a request, and the Central Authority has no destination to which to send the documents. As to this Defendant, Hague service is not merely impracticable; it is impossible.

**<u>Category 9: Registered Entity Undergoing Cancellation or Deregistration</u>**

**Defendant 20: zhshiun**

**Disclosed address:** 宁城县天义镇打虎石路南鼎盛家园三期 11 号厅, 赤峰市, 内蒙古, 024000 (Hall No. 11, Phase III, Dingsheng Jiayuan, south of Dahushi Road, Tianyi Town, Ningcheng County, Chifeng City, Inner Mongolia Autonomous Region 024000)

Plaintiff searched Tianyancha using the disclosed business name. The search returned one exact match, 宁城县泽木商贸行 (Ningcheng Zemu Trading Firm), registered at 内蒙古自治区赤峰市宁城县天义镇打虎石路南鼎盛家园三期11号厅, matching the disclosed address exactly.




*Tianyancha record showing 正在进行简易注销公告 (simplified deregistration announcement in progress).*

Tianyancha records, however, that this entity is currently undergoing simplified deregistration (正在进行简易注销公告). An entity in the process of deregistering will, upon completion, cease to exist as a legal person capable of receiving service. A Convention request transmitted to a soon-to-be-deregistered entity risks arriving after the entity's legal existence has ended, and mail and service directed to it are likely to be returned as undeliverable.

**<u>Category 10: Registry Non-Compliance and Abnormal-Operation Listing</u>**

**Defendant 26: linxiuminghaibao**

**Disclosed address:** 赤荷社区赤店 199 号, 仙游县榜头镇, 福建省, 351256 (No. 199 Chidian, Chihe Community, Bangtou Town, Xianyou County, Fujian Province 351256)

Plaintiff searched Tianyancha using the disclosed business name. The search returned one exact match, 仙游县榜头镇林秀明珠宝商店 (Lin Xiuming Jewelry Store, Bangtou Town, Xianyou County), at the disclosed address.



林秀明

仙游县榜头镇林秀明珠宝商店

经营者：林秀明 资金数额：- 成立日期：2023-01-27

监控

动态类型 全部 工商 诉讼 监管 经营 知识产权

为您找到3条企业动态

导出

| 风险等级 | 动态类型 | 动态内容 | 更新时间 | 操作 |
| --- | --- | --- | --- | --- |
| 警示 | 被列入经营异常 | 列入原因：个体工商户未按照《个体工商户年度报告办法》规定报送年度报告的<br>列入机关：仙游县市场监督管理局<br>列入日期：2026-07-02 | 2026-07-02 | - |
| 警示 | 被列入经营异常 | 列入原因：个体工商户未按照《个体工商户年度报告办法》规定报送年度报告的<br>列入机关：仙游县市场监督管理局<br>列入日期：2025-07-07 | 2025-07-07 | - |
| 警示 | 被列入经营异常 | 列入原因：个体工商户未按照《个体工商户年度报告办法》规定报送年度报告的<br>列入机关：仙游县市场监督管理局<br>列入日期：2024-07-01 | 2024-07-01 | - |

天眼查基于公开数据做的相关动态分析，仅作参考不作为个人决策及媒体引用的依据，天眼查亦不承担因此而产生的任何后果。

*经营异常 (abnormal-operation) listing for 仙游县榜头镇林秀明珠宝商店.*

Tianyancha records show, however, that this entity was placed on the abnormal-operation registry (经营异常名录) on July 2, 2026, by the 仙游县市场监督管理局 (Xianyou County Market Supervision Administration), for the reason that the individual proprietor did not timely file its required annual report (个体工商户未按照《个体工商户年度报告办法》规定报送年度报告的).

Plaintiff discloses that this reason, unlike the market-regulator findings for Defendants 13 and 23, does not itself state that the registered address is unreachable; it reflects a filing failure rather than a confirmed inability to make contact. Plaintiff identifies the abnormal-operation listing as a separate and comparatively weaker basis for concern about this Defendant's continued presence at the registered address, distinct from and not to be conflated with the address-unreachable findings for Defendants 13 and 23.

**Conclusion**

For the twenty-six Defendants set out above, Plaintiff cannot in good faith represent that it knows a verified address at which the Defendant can be served, or, as to Defendant 2, which of two entities is the Defendant. The deficiencies fall into ten categories:

| Category | Count | Defendant Nos. |
|---|---|---|
| Entity identity ambiguity: storefront name and disclosed business name resolve to different companies | 1 | 2 |
| Direct conflict between the disclosed and registered address | 4 | 3, 12, 19, 22 |
| Registered address verified by site inspection to be occupied by an unrelated business | 2 | 1, 18 |
| Registered address independently listed as unreachable in official PRC market-regulator records | 2 | 13, 23 |
| Registered address is virtual, a shared workstation, or otherwise lacks the detail needed to permit service | 3 | 25, 27, 28 |
| No matching registry entity; disclosed address unverified | 6 | 5, 11, 14, 16, 17, 24 |
| Address too imprecise to permit execution of service | 5 | 4, 7, 8, 21, 30 |
| No address disclosed | 1 | 29 |
| Registered entity undergoing cancellation or deregistration | 1 | 20 |
| Registry non-compliance and abnormal-operation listing | 1 | 26 |
| **Total** | **26** | |

In each case, submitting a Convention request would risk months of delay followed by a returned, unexecuted request, or, as to Defendant 2, would require guessing between two distinct legal entities in two different provinces. Plaintiff respectfully submits that alternative service under Federal Rule of Civil Procedure 4(f)(3) is appropriate for these Defendants.

**Method and disclosed limitations**

**Registry.** Searches were run on Tianyancha (天眼查, tianyancha.com), a commercial mirror of SAMR registration data, using the Chinese-character form of the business name each Defendant discloses on its own platform record. Conversion of a romanized business name to Chinese characters is interpretive, because romanized PRC business names are not uniquely reversible to characters. Where a search returned no match, or returned only a closely, but not exactly, corresponding name, that is recorded as such and is not treated as proof that no entity exists.

**Partially reviewed result sets.** For Defendants that returned multiple results, the results are returned in descending order of relevance to the searched name. For Defendant 3 the search returned twenty results and the first two were reviewed; for Defendant 12, thirteen results and the first two; for Defendant 25, 1,370 results, of which the two most similar were reviewed. Disclosed in the entries above.

**Site verification and market-regulator record review.** For Defendants 1, 11, 13, 17, 18, 20, 23, 24, 26, and the entities discussed for Defendant 25, counsel reviewed Tianyancha registry detail, including the government's own 双随机抽查 (dual-random spot-check) result, 经营异常 (abnormal-operation) result, and deregistration-announcement records, and obtained physical-site photographs where noted, on August 13, 2026.