**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MAYA SPIELMAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04966

Judge Jorge L. Alonso

Magistrate Judge Gabriel A. Fuentes

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday, September 9, 2026, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means before the Honorable Judge Jorge L. Alonso for the U.S. District Court for the Northern District of Illinois and present Plaintiff's Renewed Motion for Entry of Default and Default Judgment against the Defendants identified in First Amended Schedule A.

DATED: September 3, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I will file the foregoing with the Clerk of the Court using the CM/ECF system, electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendant by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt